## First Department, May, 1981

### (May 5, 1981)

■ Edward Shapiro et al., Respondents, v Herbert Baum et al., Appellants. — Order . and judgment (one paper), Supreme Court, New York County, entered on June 10, 1980, unanimously affirmed on the opinion of Helman, J., at Special Term. Respondents shall recover of appellants $75 costs and disbursements of this appeal. Concur — Kupferman, J.P., Sullivan, Ross, Carro and Markewich, JJ.

■ The People of the State of New York, Plaintiff, v John Zuccaro, Defendant. — Motion granted to the extent of amending the remittitur to recite the following: "Upon the appeal herein there were presented, and necessarily passed upon, questions ' under the Constitution of the United States, viz.: Appellant contended that his rights under the Fifth, Sixth and Fourteenth Amendments of the United States Constitution were violated. The Appellate Division held that there was no violation of appellant's rights." Concur — Murphy, P.J., Sandler, Carro, Lupiano and Fein, JJ.

### (May 7, 1981)

■ George Whealton, Also Known as George Ward, Petitioner, v Robert M. Haft et al., Respondents. — Application for a writ of prohibition and for other relief, unanimously dismissed as moot, without costs and without disbursements. No opinion. Concur — Murphy, P.J., Kupferman, Birns, Markewich and Fein, JJ.